TRACY, *Appellant*, v. THE GRAVOIS RAILROAD
COMPANY *et al.*

**Trustee's Compensation.** A trustee can receive pay out of the trust
fund for such services and expenditures only as are within the line
of duties imposed upon him by the instrument creating the trust.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Glover & Shepley* and *F. K. Ryan* for appellant.

*Madill & Ralston* for respondent.

SHERWOOD, J.—In this case, being satisfied with the
reasoning and the conclusion reached by the St. Louis
court of appeals, we affirm the judgment which in that, as
well as in the circuit court (Hon. E. B. Adams, Judge),
went for the defendants. All concur.